NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JESSE LEE RAY, as Personal )
Representative of the Estate of )
DEBORAH L. VEILLEUX, Deceased, )
)
      Appellant, )
)
v. )    Case No. 2D17-2697
)
FOWLER WHITE BOGGS, P.A., JOHN )
A. KRENTZMAN, and ALLSTATE )
INSURANCE COMPANY, )
)
      Appellees. )
_____ )

Opinion filed October 17, 2018.

Appeal from the Circuit Court for
Hillsborough County; William P. Levens,
Judge.

Brandon G. Cathey and Brent G. Steinberg
of Swope, Rodante, P.A., Tampa, for
Appellant.

Hala Sandridge of Buchanan Ingersoll &
Rooney PC, Tampa, for Appellees
Fowler White Boggs, P.A. and John A.
Krentzman.

Jennifer C. Worden, Daniel A. Martinez, and
Inguna Varslavane-Callahan of Martinez
Denbo, LLC, St. Petersburg, for Appellee
Allstate Insurance Company.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and MORRIS, JJ., Concur.